FILED

MAR - 7 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:11-CR-124-RLH (CWH) |
| WESLEY SEAN RUDMAN, | ) ) ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on March 7, 2012, defendant WESLEY SEAN RUDMAN pled guilty to Count Five of a Six-Count Criminal Indictment charging him in Count Five with Receipt of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(2). Docket #1.

This Court finds defendant WESLEY SEAN RUDMAN agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment, the Bill of Particulars, and in the Plea Memorandum. #1, #23.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the Bill of Particulars and the offense to which defendant WESLEY SEAN RUDMAN pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3):

. . .

1         a)     all visual depictions described in Title 18, United States Code, Sections 2251,
2             2251A, 2252, and 2252A and all items containing such visual depictions which
3             are transported, shipped and received in violation of Title 18, United States
4             Code, Section 2252A and all property, real and personal, used and intended to
5             be used to commit and promote the commission of the aforestated offense,
6             including, but not limited to, the following properties: computer images,
7             including movie files, depicting a minor engaging in sexually explicit conduct
8             and the diskettes and hard drives on which they are maintained;
9         b)     Compaq Presario laptop computer bearing serial number CND6201JC;
10        c)     Acomdata sub system with power cord bearing serial number
11             A0020881;
12        d)     Seagate 250 GB external hard drive bearing serial number 2GE13EY6;
13             and
14        e)     Dell laptop computer with power cord bearing serial number
15             72MUFA01H1 ("property").

16     This Court finds the United States of America is now entitled to, and should, reduce the
17 aforementioned property to the possession of the United States of America.
18     NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
19 United States of America should seize the aforementioned property.
20     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
21 WESLEY SEAN RUDMAN in the aforementioned property is forfeited and is vested in the United
22 States of America and shall be safely held by the United States of America until further order of the
23 Court.
24     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
25 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
26 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>    Michael A. Humphreys
>    Assistant United States Attorney
>    Daniel D. Hollingsworth
>    Assistant United States Attorney
>    Lloyd D. George United States Courthouse
>    333 Las Vegas Boulevard South, Suite 5000
>    Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 7 day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE