FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 1 4 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
                                     )
        Plaintiff, )
                                     )
        v. )        2:11-CR-124-RLH-(CWH)
                                     )
WESLEY SEAN RUDMAN, )
                                     )
        Defendant. )

## FINAL ORDER OF FORFEITURE

On March 7, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3), based upon the plea of guilty by defendant WESLEY SEAN RUDMAN to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and the Bill of Particulars, and agreed to in the Plea Memorandum, and shown by the United States to have the requisite nexus to the offense to which defendant WESLEY SEAN RUDMAN pled guilty. Indictment, ECF No. 1; Bill of Particulars, ECF No. 23; Minutes of Change of Plea Proceedings, ECF No. 31; Plea Memorandum, ECF No. 33; Preliminary Order of Forfeiture, ECF No. 32.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 10, 2012, through April 8, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 34.

. . .

1      This Court finds no petition was filed herein by or on behalf of any person or entity and the
2 time for filing such petitions and claims has expired.

3      This Court finds no petitions are pending with regard to the assets named herein and the time
4 for presenting such petitions has expired.

5      THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8 32.2(c)(2); Title 18, United States Code, Sections 2253(a)(1) and (a)(3); and Title 21, United States
9 Code, Section 853(n)(7), and shall be disposed of according to law:

10         a)    all visual depictions described in Title 18, United States Code, Sections 2251,
11                2251A, 2252, and 2252A and all items containing such visual depictions which
12                are transported, shipped and received in violation of Title 18, United States
13                Code, Section 2252A and all property, real and personal, used and intended to
14                be used to commit and promote the commission of the aforestated offense,
15                including, but not limited to, the following properties: computer images,
16                including movie files, depicting a minor engaging in sexually explicit conduct
17                and the diskettes and hard drives on which they are maintained;
18         b)    Compaq Presario laptop computer bearing serial number CND6201JC;
19         c)    Acomdata sub system with power cord bearing serial number
20                A0020881;
21         d)    Seagate 250 GB external hard drive bearing serial number 2GE13EY6;
22                and
23         e)    Dell laptop computer with power cord bearing serial number
24                72MUFA01H1 ("property").
25 . . .
26 . . .

1      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

2 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as

3 any income derived as a result of the United States of America's management of any property forfeited

4 herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

5      The Clerk is hereby directed to send copies of this Order to all counsel of record and three

6 certified copies to the United States Attorney's Office.

7      DATED this _____ day of _____, 2012.

9      UNITED STATES DISTRICT JUDGE